United States Attorney, Florence, SC, for appellee.

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

PER CURIAM.

James Harrison Singletary seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Singletary,* Nos. CR–98–240–4; CA–00–2332–4–22 (D.S.C. filed Apr. 5, 2001; entered Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

John Wesley Ownby, Jr., pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John Wesley Ownby, Jr., appeals the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Ownby v. Washington,* No. CA–01–159–7 (W.D.Va. Apr. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**John Wesley OWNBY, Jr.,
Petitioner–Appellant,**

v.

**G.K. WASHINGTON, Warden,
Respondent–Appellee.**

No. 01–6853.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

**In re Gary Lewis MILLER–
EL, Petitioner.**

No. 01–6857.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.